UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ALAN PLANTE, | No. 2:21-cv-00810-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff Joshua Alan Plante ("Plaintiff"), a county jail inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 23, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) No timely objections to the findings and recommendations have been filed. Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. E.D. Cal. L.R. 128(f).

1

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed June 23, 2021 (ECF No. 6), are ADOPTED IN FULL; and

    2. This action is DISMISSED without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 31, 2021

                                        Troy L. Nunley
                                        United States District Judge